IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:22-CR-3138 |
| vs. | ORDER |
| ADREN JACKSON, | |
| Defendant. | |

IT IS ORDERED:

1. The government's motion to dismiss (filing 20) is granted.

2. The petition for offender under supervision (filing 7) is dismissed without prejudice.

3. The June 18, 2025 hearing is cancelled.

Dated this 11th day of June, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge